UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.D. ISMAIL PATEL,<br><br>　　　　　Defendant. | No. 1:24-cv-00847 GSA (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 7) |

　　　　On July 26, 2024, Plaintiff was ordered to show cause why this matter should not be summarily dismissed for failure to exhaust administrative remedies prior to filing suit in this case. ECF No. 7.  At that time, Plaintiff was given fourteen days to file the showing of cause.  Id. at 4-5.

　　　　On August 9, 2024, Plaintiff's showing of cause was docketed.  ECF No. 9.  The Court finds that Plaintiff's showing of cause has been timely filed and at this early pleading stage is preliminarily sufficient to address the Court's concern regarding exhaustion.  Therefore, the order to show cause will be discharged.

　　　　Accordingly, IT IS HEREBY ORDERED that the order to show cause issued July 26, 2024 (ECF No. 7), is hereby DISCHARGED.

1

IT IS SO ORDERED.

Dated: **August 22, 2024**                              **/s/ Gary S. Austin**
                                                                                  UNITED STATES MAGISTRATE JUDGE